## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**United States of America,**

    Plaintiff,

v.

**Solomon Ellis Shannon,**

    Defendant.

**Criminal No. 06-6 (JNE-JJG)**

**ORDER**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Shannon's motion to suppress evidence (Doc. No. 17) is **DENIED.**

2. Shannon's motion to suppress admissions (Doc. No. 18) is **DENIED.**

3. Shannon's motion for in camera review (Doc. No. 25) is **DENIED.**

Dated: June 1, 2006

                                            s/ Joan N. Ericksen
                                            JOAN N. ERICKSEN
                                            Judge, U.S. District Court